FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>STEVEN O. ANDERSON, as personal representative of the Estate of Benito Caro Sedano, ZOILA SEDANO, as co-personal representative of the Estate of Maria De La Luz Gonzales Sedano, DAVID SEDANO, as co-personal representative of the Estate of Maria De La Luz Gonzales Sedano, RICARDO CHAVEZ, personally and as personal representative of the Estate of Jose Luis Leyva Rodriguez, MARIA OCAMPO MARQUEZ, OSCAR LEYVA, RAFAEL OCAMPO, JORGE MANJARES, as personal representative of the Estate of Edgar Cisneros Costumbre, CYNTHIA RAMIREZ, as personal representative of the Estate of Ignacio Ramirez, MICHAEL LAMON and ERIN ADAMS ,<br><br>                Defendants. | No.   2:16-CV-0140-SMJ<br><br>**ORDER DISMISSING CASE** |

      On February 15, 2017, the parties filed a Notice of Voluntary Dismissal of All Claims Against All Defendants Pursuant to Fed.R.Civ.P. 41(a), ECF No. 14.

ORDER **-** 1

Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.** The parties' Notice of Voluntary Dismissal of All Claims Against All Defendants Pursuant to Fed.R.Civ.P. 41(a), **ECF No. 14**, is **GRANTED.**

    **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.** All pending motions are **DENIED AS MOOT.**

    **4.** All hearings and other deadlines are **STRICKEN.**

    **5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of February 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge